DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO ALVARADO WILSON,**
Appellant,

v.

**CLAUDIA DI GRAZIA,**
Appellee.

No. 4D20-1794

[June 3, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Fahnestock, Judge; L.T. Case No. FMCE10-10646.

Ricardo Alvarado Wilson, Lauderhill, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CJ., MAY and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***